UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION at LAFAYETTE

| | | |
|---|---|---|
| ALEXANDRA HUSTEDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:21CV59-PPS/JEM |
| | ) | |
| HUNTER WARFIELD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION AND ORDER**

Plaintiff Alexandra Hustedt has filed a motion asking that her case be remanded to the state court from which it was removed. [DE 12.] Hustedt's Amended Complaint filed in the Circuit Court of Tippecanoe County alleged violations by defendant Hunter Warfield, Inc. of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.*, and the Fair Debt Collections Practices Act, 15 U.S.C. §1692 *et seq.* [DE 5 at ¶3.] Hunter Warfield's notice of removal is predicated on the Amended Complaint's invocation of the FCRA and FDCPA. [DE 1 at ¶3.] Claims based on these federal statutes clearly create federal question jurisdiction under 28 U.S.C. §1331, and authorized removal pursuant to §1441(a).

In support of her motion to remand, Hustedt argues only that "in its Answer, HW claims 'Plaintiff has not suffered a concrete, injury-in-fact.'" [DE 12 at ¶6, quoting DE 9 at ¶97.] No memorandum in support of the motion to remand has been filed, and the motion contains no discussion or citation to legal authority that would support Hustedt's contention that this affirmative defense somehow impacts the removability of the case. Because the Amended Complaint clearly states civil actions "of which the district courts

of the United Sattes have original jurisdiction," removal was proper and the motion to remand is without merit.  28 U.S.C. §1441.

**ACCORDINGLY:**

Plaintiff Alexandra Hustedt's Motion to Remand to State Court [DE 12] is DENIED.

**SO ORDERED**.

ENTERED:  September 13, 2021.

>   /s/ Philip P. Simon
>   PHILIP P. SIMON, JUDGE
>   UNITED STATES DISTRICT COURT